UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDREAS JANOS ERICH SZOMBATHY,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26-CV-1172-CCB-SJF

**ORDER**

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Andreas Janos Erich Szombathy from custody on appropriate conditions of supervised release. ECF 10. Respondent reports that the petitioner has since been released. ECF 12.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on October 13, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT